■ LMF-RS CONTRACTING, INC., Appellant, v NEVZET KALJIC et al., Respondents. [2 NYS3d 351]—

Order, Supreme Court, New York County (Eileen A. Rakower, J.), entered on or about October 3, 2013, which, insofar as appealed from as limited by the briefs, granted defendants Nevzet

Kaljic and Christina Kaljic's motion for summary judgment vacating the mechanic's lien, and denied plaintiff's motion to amend the mechanic's lien, unanimously affirmed, with costs.

Summary disposition is warranted, because the evidence that the amount of the lien was wilfully exaggerated is conclusive (*Strongback Corp. v N.E.D. Cambridge Ave. Dev. Corp.*, 25 AD3d 392 [1st Dept 2006]). Plaintiff included in its lien amount items that are not for labor or materials, as its own itemization makes plain, and plaintiff has failed to even attempt to explain the discrepancies. Concur—Acosta, J.P., Andrias, Saxe, DeGrasse and Richter, JJ. ■